UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2147 JFW (MRWx) | Date | August 18, 2015 |
|---|---|---|---|
| Title | Freitag v. Wang | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

   Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 57.) The motion is accompanied by a declaration (as required under Local Rule 37-2.4) that indicates that the defense did not respond to Plaintiff's request to meet-and-confer to resolve the discovery dispute before Plaintiff filed the motion. (Docket # 37-1 at 3.)

   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendants are ORDERED TO SHOW CAUSE for their failure to comply with the meet-and-confer/joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>August 26, at 3:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.