# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA L. FREITAG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUE WANG, at al.,<br><br>　　　　Defendants. | Case No. CV 15-2147 JFW (MRWx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants Sue Wang, Xiaomei Deng, Mana Fashion, Inc., and Saza Investment LLC have not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: December 2, 2015

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE