DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Court-appointed Receiver
KRISTA L. FREITAG

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KRISTA L. FREITAG, Court-Appointed Permanent Receiver for World Capital Market Inc.; WCM777 Inc.; WCM777 Ltd. d/b/a WCM777 Enterprises, Inc.; Kingdom Capital Market, LLC; Manna Holding Group, LLC; Manna Source International, Inc.; WCM Resources, Inc.; ToPacific Inc.; To Pacific Inc.; and their subsidiaries and affiliates,<br><br>    Plaintiff,<br><br>    v.<br><br>SUE WANG aka SU E. WANG; JIANJUN WANG; XIAOMEI DENG; HUAJIAN WU; MANA FASHION INC., a California corporation; JJ SPARKLES, INC., a California corporation; YUANHAO, INC., a California corporation; SAZA INVESTMENT LLC, a California limited liability company; GENERGEIA INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-2147-JFW-MRW<br><br>ORDER AND FINAL JUDGMENT AS AGAINST DEFENDANTS HUAJIAN WU AND YUANHAO, INC.<br><br>Date:   January 11, 2016<br>Time:   1:30 p.m.<br>Ctrm:   16<br>Judge:  Hon. John F. Walter<br><br>Complaint Filed: March 23, 2015 |

NOTE: CHANGES MADE BY THE COURT

## ORDER AND FINAL JUDGMENT

Based on the Court's Minute Order dated December 29, 2015, and good cause appearing, the Court herby

ORDERS, ADJUDGES, AND DECREES as follows:

1. The Receiver's Motion is granted;

2. There is no just reason to delay entry of a final judgment with respect to the Receiver's claims against Defendants Huajian Wu and Yuanhao, Inc.;

3. Defendants Huajian Wu and Yuanhao, Inc. are jointly and severally liable to the Receiver for $100,000 and shall pay that amount to the Receiver forthwith;

4. Interest shall accrue on this judgment, and all unpaid portions, as provided under 28 U.S.C. § 1961.

5. The Clerk is hereby directed to enter this Judgment against Defendants Huajian Wu and Yuanhao, Inc. forthwith pursuant to FRCP Rules 54(b) and 58(a).

Dated: December 29, 2015

Hon. John F. Walter  
Judge, United States District Court